IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DESSIE JOHNSON,

      Plaintiff,                               CASE NO. 4:22cv144-RH-MAF

R.J. REYNOLDS TOBACCO
COMPANY et al.,

      Defendants.

_____/

## ORDER TO SHOW CAUSE WHY THE
## CASE SHOULD NOT BE DISMISSED

The defendants moved to dismiss on April 19, 2022. The plaintiff's response was due on May 3, 2022. *See* N.D. Fla. Loc. R. 7.1(E) ("A party who opposes the motion must file a memorandum in opposition. Unless otherwise ordered, the deadline . . . is 14 days after service of the motion . . . ."). The plaintiff has not filed a memorandum in opposition to the motion to dismiss, and the deadline has passed. This order gives the plaintiff one more chance.

    IT IS ORDERED:

By May 16, 2022, the plaintiff must file a memorandum in response to the motion to dismiss or otherwise show cause why this case should not be dismissed.

SO ORDERED on May 7, 2022.

                                            s/Robert L. Hinkle
                                            United States District Judge